Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| CORTEZ FOSTER, ET AL | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 19-CV-843 |
| v. | |
| SHAWN MCCABE, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motions for Summary Judgment are granted.

Date: March 29, 2024                         MARY C. LOEWENGUTH
                                             CLERK OF COURT

                                             By: s/ Colin J.
                                                  Deputy Clerk